THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 3, 2015



_____
G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In Re:   CHAD M. BUCHAKLIAN
         CELESTE M. BUCHAKLIAN                    Chapter 13 Bankruptcy

         Debtor.                                 Case No.    14-24752 GMH
_____

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO.20 FILED BY MARK CROMPTON
_____

Proof of Claim No. 20 having been filed by MARK CROMPTON and the Chapter 13 Trustee having filed an objection to the Proof of Claim, and the creditor having filed an objection and subsequently withdrawing said objection to the Trustee's Objection.


        IT IS HEREBY ORDERED THAT:

        The Trustee's Objection to Proof of Claim No. 20 filed by MARK CROMPTON is sustained, and Proof of Claim No. 20 is hereby disallowed.
                                        #####

Prepared by:
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344